IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:87-CV-1273 |
| TOWN OF PENNINGTON, | ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS

The Town of Pennington, defendant in this action, by and through the undersigned liaison counsel, moves to dismiss this action in its entirety for the following reasons:

1. In a Consent Decree and Order entered on August 26, 1988, that has applied to this day, this Court directed, among other things, that the Town Council "consist of 5 members elected at-large, without designated or numbered places, and with the 5 candidates receiving the most votes being elected and each voter casting only one vote."

2. In Act No. 2006-252, the Alabama Legislature provided a state-law basis for the remedial order entered in this case. The Legislature further provided that the size of the Town Council, its method of election, or both, can be changed by general or local law in the future. Act No. 2006-252 was precleared on July 19, 2006, and is therefore effective.

3. In the past, federal court orders, some entered by consent and some entered without the consent of the defendants, changing the size of the local governing body, its method of election, or both, have been challenged on the ground that they may

have exceeded the court's remedial powers, conflicted with state law or both. With respect to the Town of Pennington, Act No. 2006-252 moots any such contention.

4. The dismissal of this case will leave the limited voting scheme in place.

5. The Dillard Plaintiffs have no objection to the dismissal of this action and do not claim an attorneys' fee from this defendant.

6. A proposed Consent Final Judgment is attached to this Motion as Exhibit 1 and, pursuant to Order No. 689 (Aug. 21, 2006) in *Dillard v. Crenshaw County*, an electronic copy will also be transmitted to the court as an attachment to an e-mail message.

WHEREFORE this case should be dismissed.

Respectfully submitted,

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: PAR041
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James U. Blacksher
jblacksher@ns.sympatico.ca

David R. Boyd
dboyd@balch.com

Edward Still
still@votelaw.com

Norman J. Chachkin
nchachkin@naacpldf.org

and that a true and correct copy of the foregoing has been furnished by United States Mail to the following:

J. Glen Padgett, Esq.
Bedwell & Padgett
16 West Front Street North
Thomasville, AL 36784-2089

          **s/ John J. Park, Jr.**
          John J. Park, Jr. Bar Number: PAR041
          Assistant Attorney General
          Office of the Attorney General
          11 S. Union Street
          Montgomery, AL 36130-0152
          Telephone: (334) 242-7300/Fax: (334) 353-8440
          E-mail: jpark@ago.state.al.us